# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANET E. JONES, <br><br>    Plaintiff <br><br>v. <br><br>CAESARS ENTERTAINMENT, INC., <br><br>    Defendant | Case No.: 2:23-cv-01884-APG-EJY <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Janet Jones' certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiff as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by December 1, 2023.

DATED this 20th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE